**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Mesa Air New York, Inc., | Case No. 10-10017 (MG   ) |
| Debtor. | |
| In re: | Chapter 11 |
| Mesa Air Group, Inc., | Case No. 10-10018 (MG) |
| Debtor. | |
| In re: | Chapter 11 |
| Mesa In-Flight, Inc., | Case No. 10-10019 (MG) |
| Debtor. | |
| In re: | Chapter 11 |
| Freedom Airlines, Inc., | Case No. 10-10020 (MG ) |
| Debtor. | |
| In re: | Chapter 11 |
| Mesa Airlines, Inc., | Case No. 10-10021 (MG) |
| Debtor. | |
| In re: | Chapter 11 |
| MPD, Inc., | Case No. 10-10022 (MG) |
| Debtor. | |
| In re: | Chapter 11 |
| Ritz Hotel Management Corp., | Case No. 10-10023 (MG) |
| Debtor. | |
| In re: | Chapter 11 |
| Regional Aircraft Services, Inc., | Case No. 10-10024 (MG) |
| Debtor. | |

| | |
|---|---|
| In re: | Chapter 11 |
| Air Midwest, Inc., | Case No. 10-10025 (MG) |
| Debtor. | |
| In re: | Chapter 11 |
| Mesa Air Group Airline Inventory Management, LLC, | Case No. 10-10030 (MG) |
| Debtor. | |
| In re: | Chapter 11 |
| Nilchi, Inc., | Case No. 10-10027 (MG) |
| Debtor. | |
| In re: | Chapter 11 |
| Patar, Inc., | Case No. 10-10028 (MG) |
| Debtor. | |

**ORDER PURSUANT TO RULE 1015(b)**
**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**
**DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

Upon the motion, dated January 5, 2010 (the "Motion"), of Mesa Air Group, Inc.

and its affiliated debtors and debtors in possession (the "Debtors") for authorization and

approval, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), directing the joint administration of the Debtors' chapter 11 cases for

procedural purposes only, as more fully described in the Motion; and the Court having

jurisdiction is to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§

157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern

District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward

Acting C.J.); and consideration of the Motion and the relief requested therein being a core

proceeding pursuant to 28 U.S.C. § 157(b)(2); and due and proper notice of the Motion having

been provided and that no other or further notice is necessary; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion and the Declaration of Michael J. Lotz in Support of First Day Motions establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that the above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 10-10018 (MG) pursuant to Bankruptcy Rule 1015(b); and it is further

ORDERED that nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases; and it is further

ORDERED that the caption of the jointly administered cases should read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MESA AIR GROUP, INC., *et al.*, | Case No. 10-10018 (MG) |
| Debtors.[1] | (Jointly Administered) |

[1] The Debtors are: Mesa Air Group, Inc. (2351); Mesa Air New York, Inc. (3457); Mesa In-Flight, Inc. (9110); Freedom Airlines, Inc. (9364); Mesa Airlines, Inc. (4800); MPD, Inc. (7849); Ritz Hotel Management Corp. (7688); Regional Aircraft Services, Inc. (1911); Air Midwest, Inc. (6610); Mesa Air Group Airline Inventory Management, LLC (2015); Nilchi, Inc. (5531); and Patar, Inc. (1653).

; and it is further

ORDERED that an entry shall be made on the docket of each of the above-

captioned cases substantially as follows:

> An Order has been entered in this case directing the procedural
> consolidation and joint administration of the chapter 11 cases of
> Mesa Air Group, Inc., Mesa Air New York, Inc., Mesa In-Flight,
> Inc., Freedom Airlines, Inc., Mesa Airlines, Inc., MPD, Inc., Ritz
> Hotel Management Corp., Regional Aircraft Services, Inc., Air
> Midwest, Inc., Mesa Air Group Airline Inventory Management,
> LLC, Nilchi, Inc. and Patar, Inc.  The docket in Case No. 10-
> 10018 (MG) should be consulted for all matters affecting this case.

; and it is further

ORDERED that the Debtors shall be permitted to file their monthly operating

reports required by the U.S. Trustee Operating Guidelines on a consolidated basis, provided that

the Debtors shall list disbursements for each individual debtor; and it is further

ORDERED that notice of the Motion as provided herein and therein shall be

deemed good and sufficient notice of the Motion; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to the implementation or interpretation of this Order.

Dated:  New York, New York
        January 5, 2010

/s/ Martin Glenn_____
UNITED STATES BANKRUPTCY JUDGE